# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIJAH MOORER, | : | |
|    Petitioner | : | |
| | : | No. 1:21-cv-01825 |
| v. | : | |
| | : | (Judge Kane) |
| PENNSYLVANIA ATTORNEY | : | |
| GENERAL'S OFFICE, et al., | : | |
|    Respondents | : | |

## ORDER

**AND NOW**, on this 19th day of December 2022, upon consideration of Respondents' motion to dismiss the petition for a writ of habeas corpus filed by pro se Petitioner Elijah Moorer ("Petitioner") (Doc. No. 10), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Respondents' motion to dismiss the petition (Doc. No. 10) is **GRANTED**, and the petition (Doc. No. 1) is **DISMISSED**;

2. Petitioner's motion seeking discovery (Doc. No. 14) is **DENIED as moot**;

3. A certificate of appealability shall not issue; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane  
Yvette Kane, District Judge  
United States District Court  
Middle District of Pennsylvania
